Stephen C. DAVIS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 66594.

Missouri Court of Appeals,
Western District.

March 6, 2007.

Ruth B. Sanders, Appellate District Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, for respondent.

Before HOWARD, C.J., and ULRICH and SPINDEN, JJ.

## Order

PER CURIAM.

Stephen C. Davis was convicted of murder in the first degree, section 565.020, RSMo 2000 and armed criminal action, section 571.015, RSMo 2000. He was sentenced to life imprisonment without the possibility of parole. This appeal is based on the denial of his Rule 29.15 motion for ineffective assistance of counsel. We affirm the trial court's denial of the motion based on the finding that Davis was not prejudiced by the actions of defense counsel. Rule 84.16(b).